IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED

MAY 2 6 2026

IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N. C.
By

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:26CR 109 -1 |
| | : | |
| ARTEMIO RIVERA AVILEZ | : | |

The Grand Jury charges:

## COUNT ONE

From in or about August 2025, continuing up to and including, on or about October 10, 2025, the exact dates to the Grand Jurors unknown, in the County of Alamance, in the Middle District of North Carolina, and elsewhere, ARTEMIO RIVERA AVILEZ, and divers other persons, both known and unknown to the Grand Jurors, knowingly and intentionally did unlawfully conspire, combine, confederate, and agree together and with each other to commit offenses against the laws of the United States, that is:

To knowingly, intentionally, and unlawfully distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## COUNT TWO

On or about October 10, 2025, in the County of Alamance, in the Middle District of North Carolina, ARTEMIO RIVERA AVILEZ knowingly and intentionally did unlawfully possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

DATED: May 26, 2026

DAN BISHOP
United States Attorney

BY: RANDALL S. GALYON
Assistant United States Attorney

A TRUE BILL:

FOREPERSON

2